**Donald Cornelius JACKSON,**
**Plaintiff–Appellant,**

v.

**Ms. FARMER, Henrico County Medical Administrator; Mr. Denzler, Henrico County Mailroom Officer; Ms. Johnson, Henrico County Trusty Officer; Ms. Bohannon, Henrico County Head Nurse; H. Daily, Lieutenant, Henrico County Jail, In charge of Henrico County Jail Operations; Michael Wade, Defendants–Appellees.**

No. 02–6617.

United States Court of Appeals,
Fourth Circuit.

Submitted Sept. 24, 2002.

Decided Oct. 8, 2002.

Donald Cornelius Jackson, Appellant Pro Se. Geoffrey Martin Bohn, Cunning-

ham & Associates, Arlington, Virginia; Richard Samuel Samet, Goodman, Allen & Filetti, Glen Allen, Virginia, for Appellees.

Before WIDENER and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Donald Cornelius Jackson appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Jackson v. Farmer,* No. CA–00–29–2 (E.D.Va. Mar. 27, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*